# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRACIE LEE MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1611 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

## ORDER

The Plaintiff's Motion for Attorney Fees (Docket No. 29) is **GRANTED IN PART**. The parties have compromised on the award to plaintiff's counsel under the Equal Access to Justice Act. (Docket No. 33)

It is hereby **ORDERED** that plaintiff's counsel is awarded fees and expenses in the amount of $7,638.00, to be paid by the Social Security Administration, which will be subject to offset to satisfy any pre-existing debt owed by the plaintiff to the United States.

It is so **ORDERED**.

ENTER this 27th day of February 2015.

_____
ALETA A. TRAUGER
U.S. District Judge